## CERTIFIED LETTER

I, Delette Lewis, Unit Manager hereby certify that the attached Residential Property Additional Insured Endorsement issued to Jorge A. Lopez 12717 Linda Dr., Tampa, FL 33612 and attaching a policy true and accurate copy of the original thereof. Said attachment has been reproduced from our computer files, which are maintained in the ordinary course of business. The recordation of said attachment is placed in our computer files as a regular practice of our business activities and such information was placed in our computers at or near the time the original was transmitted.

_Delette T. Lewis_
Delette Lewis
Unit Manager

Sworn and subscribed to before me this day of _November 4, 2011_

_____
Notary Public
County
State _Georgia_

My Commission Expires: _9/23/2012_

P O BOX 100515
FLORENCE, SC 29502-0515

JUNE 1, 2010

                                                103

                                                    Notice Date:  JUNE 1, 2010
JORGE A LOPEZ                                       Loan Number:    8016365630
12717 LINDA DR
TAMPA, FL 33612-4232


## NOTICE OF HAZARD INSURANCE RENEWAL

| Insurance Effective Date: | Property Address: |
|---|---|
| 05/16/2010 | 12717 LINDA DR<br>TAMPA, FL 33612 |

Enclosed is a policy that renews your lender placed hazard insurance policy. We originally placed this policy on your house because you did not provide acceptable proof of hazard insurance coverage to us. The renewal premium will be charged to your escrow account.

In the mortgage documents you signed, you agreed to keep insurance on your house. Failure to do so is a breach of the requirements of your mortgage. We obtained this policy for you because we did not receive proof that you have obtained insurance.

This policy many be cancelled at any time by giving us proof of other insurance. You will then be charged only for the days that this policy was needed. Any unused premium will be refunded to your escrow account.

The amount of insurance shown on the policy is based on the last known amount of your previous policy. This amount of coverage may not be adequate to rebuild your home today and you may want to consider increasing the amount of your coverage. If you have information to verify that the amount of insurance should be different, please notify us. This request must be in writing and should be sent to us at the address shown on top of this letter. Please put your loan number on your letter.

This lender-placed policy insures your house structure only. It does not protect your personal property, nor does it protect you for liability against accidents that occur on your property unless you have specifically requested those coverages from the insurer. For example, if your house was burglarized this policy would not cover the stolen property.

Because this policy will insure your property without inspection, the cost of the insurance we provide may be higher than the amount you would pay if you were to purchase coverage from the insurance company of your choice.

AMSCAJ01

If we provide the insurance, it will be obtained with the assistance of Wells Fargo Insurance, Inc., a licensed insurance agency and affiliate of Wells Fargo Bank, N.A. Wells Fargo Insurance acts as an agent for the insurance company and will receive a commission on the insurance we obtain.

Thank you for your attention to this matter. If you have any questions or believe there is an error in our records, please call us at 1-866-826-4884, Monday through Friday, 7 AM and 7 PM Central Time and one of our Customer Service Representatives will be happy to help you.

**Fair Debt Collection Practices Act Disclosure**

Wells Fargo Home Mortgage is required by the Fair Debt Collection Practices Act to inform you that, as your loan servicer, we are attempting to collect a debt, and any information obtained will be used for that purpose. However, if you have received a discharge from bankruptcy, and the loan was not reaffirmed in the bankruptcy case, Wells Fargo Home Mortgage will only exercise its rights against the property and is not attempting any act to collect the discharged debt from you personally.

With respect to those loans located in the State of California, the state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

AMSCAJ02

| AGENCY | | |
|---|---|---|
| Mstr | Sub | Minor |
| 07396 | 109 | 120 |

**American Security Insurance Company**
PO BOX 50355, ATLANTA, GA 30302
770-763-1000
RESIDENTIAL PROPERTY
ADDITIONAL INSURED ENDORSEMENT

POLICY NUMBER:
09HOC8016365830
06/01/2010
RENEWAL

ADDITIONAL INSURED-Name and Address (Street No., City, State, Zip)

JORGE A LOPEZ
12717 LINDA DR
TAMPA, FL 33612-4232

NAMED INSURED MORTGAGE-Name and Address

WELLS FARGO BANK, N.A.#936
ITS SUCCESSORS AND/OR ASSIGNS
P O BOX 100515
FLORENCE, SC 29502-0515
LOAN NUMBER:   8016305030

Coverage is provided where a premium or limit of liability is shown for the coverage, subject to all conditions of this policy.

| EFFECTIVE DATE: 05/16/2010 | COVERAGES | LIMITS OF LIABILITY | | PREMIUM | |
|---|---|---|---|---|---|
| EXPIRATION DATE: 05/16/2011 | DWELLING | $ | 106,000 | $ | 1,267.00 |
| EFFECTIVE TIME: 12:01 A.M. | | | | | |
| DESCRIBED LOCATION (if different from mailing address above) | | | | | |
| 12717 LINDA DR | | | | | |
| TAMPA, FL 33612 | CPIC REGULAR | | | $ | 0.00 |
| | CPIC EMERGENCY | | | $ | 17.74 |
| SECURITY INTEREST: | FIGA EMERGENCY | | | $ | |
| | FHCF ASSESSMENT | | | $ | 12.67 |
| | | | | $ | |
| | ANNUAL PREMIUM AMOUNT | | | $ 1,267.00 | |
| | ANNUAL TOTAL CHARGED | | | $ 1,297.41 | |

Forms and endorsements which are made a part of this policy at time of issue:

Subject to the terms and provisions of the Mortgage Service Program, Residential Property Mortgagee's Policy, including but not limited to the Residential Property coverage form attached hereto, it is agreed that the insurance applies to the property described above and to any person shown as an Additional Insured with respect to such property, subject to the following additional provisions:

a.  The above Named Insured Mortgagee is authorized to act for such Additional Insureds in all matters pertaining to this insurance including receipt of Notice of Cancellation, and return premium, if any.
b.  The above Named Insured Mortgagee is authorized to advance all funds to be recovered from the Additional Insured for the insurance afforded.
c.  Loss, if any, shall be adjusted with and payable to the above Named Insured Mortgagee, and the Additional Insureds as their interests may appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured Mortgagee and the Additional Insured, at our option.

**Deductibles** - applies separately to each building or structure, per loss:  $500  Occupied   $1000 Vacant or Unoccupied.

**A deductible of 2% of the Coverage Amount or $2,000 , whichever is greater, applies
for loss caused by the perils of Windstorm, Hail or Hurricane.**

**A deductible of 2% of the Coverage Amount or $2,000 , whichever is greater, applies
for loss caused by the perils of Hurricane.**

CLAIMS INFORMATION ONLY: 1-800-326-2845        ALL OTHER INQUIRIES: 1-866-826-4864

# "THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR  HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU"

Agency at

Issue Date
06/01/2010

PMS-A-FL-0906

MS1361

## American Security Insurance Company
# REQUEST TO PURCHASE PERSONAL PROPERTY AND PERSONAL LIABILITY COVERAGE
### (These Coverages Cannot Be Purchased Separately)

06/01/2010

This offer for personal property and liability coverage is being made by American Security Insurance Company. It is available for a short time only. Your request must be received by us at the address listed below within 30 days of the date of this form. All requests received after the 30th day will be denied.

**NOTICE: THESE COVERAGES MAY BE MORE RESTRICTIVE THAN THOSE IN YOUR PREVIOUS POLICY. THE COST MAY BE HIGHER THAN YOU MAY HAVE PREVIOUSLY PAID.**

| TYPE OF COVERAGE | COVERAGE AMOUNT | PREMIUM |
|---|---|---|
| PERSONAL PROPERTY | 40,000 | $ 200.70 |
| PERSONAL LIABILITY | 25,000 | $ 51.20 |
| MEDICAL PAYMENTS | $ 1000 | INCL. |
| ANNUAL TOTAL PREMIUM FOR THESE COVERAGES | | $ 251.90 |
| ANNUAL TOTAL PREMIUM FOR YOUR HOUSE, PLUS THE ABOVE COVERAGE | | $ 1,518.90 |

I request that American Security Insurance Company add personal property and liability coverage to my lender placed dwelling policy. The coverage limits and premium are listed above. I understand that the premium for these coverages will be charged to my escrow account, or will be billed directly to me.

I realize that these coverages are subject to the terms of the policy forms in use by the insurance company.

Loan Number          8016365630

Print Name      _____

Signature      _____

Date      _____

Mail To:
American Security Insurance Company
P.O. Box 50355
Atlanta, Ga 30302
Attention: 11th FLOOR HAZARD OPERATIONS

**Warning:**   Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim, or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

Throughout this policy "you" and "your" refer to the "Named Insured," (Mortgagee) and the "Additional Insured" (Mortgagor) shown in the Declarations. "We," "our," and "us" refer to the Company providing this insurance.

## COVERAGES

This insurance applies to the Dwelling Property described in the Additional Insured Endorsement which has been issued and is Eligible Real Estate within the description of property covered below, and which is not otherwise excluded.

1.    Property Covered

   We cover:

   a.    of any kind the dwelling on the Described Location, used principally for dwelling purposes not to exceed four (4) living units including, but not limited to, individually owned townhouses or permanently situated mobile homes;

   b.    structures attached to the dwelling;

   c.    materials and supplies on or adjacent to the Described location for use in the construction, alteration, or repair of the dwelling or other structures on this location; and

   d.    if not otherwise covered in this policy, building equipment and outdoor equipment used for the service of and located on the Described Location.

2.    Property Not Covered

   a.    Personal Property of any kind.
   b.    Outdoor trees, shrubs, plants, and lawns.
   c.    Outdoor swimming pools; fences, piers, wharves and docks; beach or diving platforms or appurtenances; retaining walls not constituting a part of buildings; walks; roadways; and other paved surfaces.
   d.    Cost of excavations, grading or filling.
   e.    Foundations of buildings, machinery, boilers or engines which foundations are below the surface of the ground.
   f.    Pilings, piers, pipes, flues, and drains which are underground.
   g.    Pilings which are below the low water mark.
   h.    Land (including land on which the property is located).

## PERILS INSURED AGAINST

We insure against risks of direct loss to covered property only if that loss is a physical loss to property. However, we do not insure losses which are excluded below:

1.    We do not insure for loss involving collapse, other than as provided in Other Coverages
   a.    However, any ensuing loss not excluded or excepted is covered.
2.    We do not insure for loss caused by:

   a.    freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
      (1)  fence; pavement, patio or swimming pool;
      (2)  foundation, retaining wall or bulkhead; or
      (3)  pier, wharf or dock;

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

b.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

c.  constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning, or automatic fire protective sprinkler system or from within a household appliance;

d.  (1) wear and tear, marring, deterioration;
(2) inherent vice, latent defect, mechanical breakdown;
(3) smog-rust, mold, wet or dry rot;
(4) smoke from agricultural smudging or industrial operations;
(5) release, discharge or dispersal of contaminants or pollutants;
(6) settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls floors, roofs, or ceilings; or
(7) birds, vermin, rodents, insects or domestic animals.

If any of these cause water damage not otherwise excluded, to escape from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this escaped.

However, under this Paragraph 2., any ensuing loss not excluded or excepted is covered.

3.  We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

a.  Ordinance or Law, meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, unless specifically provided under this policy.

b.  Earth Movement, meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mudflow; earth sinking, sinkhole, mine subsidence, rising or shifting; unless direct loss by:

(1) fire;
(2) explosion; or
(3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

ensues and then we will pay only for the ensuing loss.

This exclusion does not apply to loss by theft.

One or more volcanic eruptions that occur within an hour period will be considered as one volcanic eruption.

c.  Water Damage, meaning:

(1) flood, surface water, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;
(2) water which backs up through sewers or drains. This includes water emanating from a sump pump, sump pump well or similar device designed to prevent overflow, seepage or leakage of subsurface water; or
(3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

d.  Power Failure, meaning the failure of power or other utility service if the failure takes place off the described premises. But, if a Covered Cause of Loss ensues on the described premises, we will pay only for that ensuing loss.

Loss ensues on the described premises, we will pay only for that ensuing loss.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

    e.   Neglect, meaning your neglect to use all reasonable means to save and preserve property at and after the time of loss.

    f.   War, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

    g.   Nuclear Hazard, meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

         Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke.

         This coverage does not apply to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from nuclear hazard is covered.

    h.   Intentional Loss, meaning any loss arising out of any act committed

        (1)  by you or at your direction; and

        (2)  with the intent to cause a loss.

4.    We do not insure for loss caused by any of the following. However, any ensuing loss not excluded or excepted is covered.

    a.   Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in paragraph 3. above to produce the loss;

    b.   Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body;

    c.   Faulty, inadequate or defective:

        (1)  planning, zoning, development, surveying, siting;

        (2)  design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3)  materials used in repair, construction, renovation or remodeling; or

        (4)  maintenance;

        of part or all of any property whether on or off the described premises.

---

## OTHER COVERAGES

1.    Other Structures

Subject to the provisions of this article, we cover other structures on the Described Location, separated from the dwelling by clear space. Structures connected to the dwelling by only a fence, utility line or similar connection are considered to be other structures.

We do not cover other structures:

    a.   used in whole or in part for commercial, manufacturing or farming purposes; or

    b.   rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The amount of insurance on other structures shall be limited to 10% of the dwelling coverage as an additional amount of insurance.

2.    Debris Removal

We will pay the reasonable expense incurred by you for the removal of debris from a property loss covered by this policy. Debris removal expense is included in the limit of liability applying to the damaged property.

3.    Reasonable Repairs

We will pay the reasonable cost incurred by you for necessary repairs made solely to protect the property covered by this policy from further damage if there is coverage for the peril causing the loss. Use of this coverage is included in the limit of liability that applies to the property being repaired.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

4.  Property Removed

Covered property while being removed from a premises endangered by a Peril Insured Against and for not more than 30 days while removed, is covered for direct loss from any cause. This coverage does not change the limit of liability that applies to the property being removed.

5.  Collapse

We Insure for risk of direct physical loss to Property Covered involving collapse of a building or any part of a building caused only by one or more of the following:

a.  Fire or lightning, windstorm or hail, explosion, riot or civil commotion, aircraft, vehicles, smoke, vandalism, or malicious mischief, breakage of glass or safety glazing material, burglars, falling objects, weight of ice, snow or sleet, accidental discharge or overflow of water or steam from within a plumbing, heating or air conditioning system or from within a household appliance, sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning system or an appliance for heating water, freezing of plumbing, heating or air conditioning system or of a household appliance.

b.  Hidden decay.

c.  Hidden insect or vermin damage.

d.  Weight of content, equipment, animals or people.

e.  Weight of rain which collects on a roof.

f.  Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling, or renovation.

Collapse does not include settling, cracking, shrinking, bulging or expansion.

Collapse does not apply to loss to the following unless damage is caused directly by collapse of a building:

Awnings, fences, pavements, patios, swimming pools, underground pipes, flues, drains, cesspools, septic tanks, foundations, retaining walls, bulkheads, piers, wharves, or docks.

Coverage for collapse is included in the limit of liability applying to the damaged Covered Property.

---

# CONDITIONS

1.  Policy Period. This Policy applies only to loss which occurs during the policy period.

2.  Other Insurance. If there is any other valid or collectible insurance which would attach if the insurance under this policy had not been effected, this insurance shall apply only as excess and in no event as contributing insurance and then only after all other insurance has been exhausted.

3.  Insurance Interest and Limit of Liability. Even if more than one person has an insurable interest in the property covered, we shall not be liable:

a.  for an amount greater than the interest of the persons insured under this policy;

    or

b.  for more than the limit of liability that applies, whichever is less.

If the Described Property is vacant and the mortgage on the property has been declared in default by the mortgagee at the time of a loss, we shall be liable for no more than the Named Insured's interest in the property at the time of the loss.

The Named Insured's interest is represented by the mortgagor's unpaid balance, less unearned interest and finance charges, less unearned insurance premiums, less collection and foreclosure expenses, and less late charges and penalties added to the mortgagor's unpaid balance after the inception date of this policy.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

4.  Concealment or Fraud. We do not provide coverage if you have intentionally concealed or misrepresented any material fact or circumstance relating to this insurance. We do not provide coverage if you have acted fraudulently or made false statements relating to this insurance whether before or after loss.

5.  Your Duties After Loss. In case of a loss to which this insurance may apply, you shall see that the following duties are performed:
    a.  give immediate notice to us or our agent;
    b.  protect the property from further damage, make reasonable and necessary repairs required to protect the property, and keep an accurate record of repair expenditures;
    c.  exhibit the damaged property as often as we reasonably require;
    d.  submit to signed statements and examinations under oath; and
    e.  submit to us, within 60 days after we request, your signed, sworn statement of loss which sets forth, to the best of your knowledge and belief·
        (1)  the time and cause of loss;
        (2)  the interest of you and all others in the property involved and all encumbrances on the property;
        (3)  other insurance which may cover the loss;
        (4)  changes in title or occupancy of the property during the term of the policy; and
        (5)  specifications of any damaged building and detailed estimates for repair of the damage.

6.  Loss Settlement. Covered property losses are settled as follows:
    A.  Buildings at replacement cost without deduction for depreciation, subject to the following:
        (1)  We will pay the cost of repair or replacement, without deduction for depreciation, but not exceeding the smallest of the following amounts:
            (a)  the limit of liability under this policy applying to the building;
            (b)  the replacement cost of that part of the building damaged for equivalent construction and use on the same premises; or
            (c)  the amount actually and necessarily spent to repair or replace the damaged building.
        If the full cost to repair or replace the damaged property is more than $1,000 or 5% of the limit of liability for the Dwelling, we will pay no more than the actual cash value until actual repair or replacement is completed.

        You may disregard these replacement cost loss settlement provisions when making a claim. You may claim loss to buildings on actual cash value basis. If you do, you may make further claim within 180 days after the loss based upon and for any specific additional cost to you actually incurred within that period in replacing the damaged property on a replacement cost basis.
    B.  Loss to the following types of property will be settled at the actual cash value of the damaged property at the time of loss. Actual cash value includes deduction for depreciation.
        (1)  Structures that are not buildings.
        (2)  Antennas, carpeting, awnings, domestic appliances and outdoor equipment, all whether or not attached to buildings.
        We will not pay more than the smallest of:
        (1)  the cost to repair or replace the damaged property with property of like kind and quality;
        (2)  the actual cash value of the damaged property; or
        (3)  the limits of liability of this policy applying to the property.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

7.   Salvage and Recoveries: When, in connection with any loss covered by this policy, any salvage or recovery is received subsequent to the payment of such loss, the loss shall be refigured on the basis of what it would have been settled for had the amount of salvage or recovery been known at the time the amount of loss was originally determined. Any amounts thus found to be due any party, including us, shall be promptly paid or reimbursed.

8.   Our option. If we give you written notice within 30 days after we receive your signed, sworn statement of loss, we may repair or replace any part of the property damaged with equivalent property.

9.   Reinstatement: It is understood and agreed that any claim under this policy shall not reduce the amount of insurance stated on the Declarations page for any other loss occasion.

10.   Loss to a Pair or Set. In case of loss to a pair or set, we may elect to:
      (a)   repair or replace any part to restore the pair or set to its value before the loss; or
      (b)   pay the difference between actual cash value of the property before and after the loss.

11.   Glass Replacement.   Covered loss to glass shall be settled on the basis of replacement with safety glazing materials when required by ordinance or law.

12.   Loss Payment. We will adjust all losses with the Named Insured. Payment for loss will be made within 60 days after we reach agreement with the Named Insured, entry of a final court judgement, or the filing of an approved award with us. Loss will be made payable to the Named Insured and the Additional Insured as their interests appear, either by a single instrument so worded or by separate instruments payable respectively to the Named Insured and the Additional Insured, at the Company's option. No coverage will be available to any mortgagee other than that sworn as the Named Insured on the Declarations page of this policy.

13.   Appraisal. If the Named Insured and we fail to agree on the actual cash value or amount of loss, either party may make written demand for an appraisal. Each party will select an appraiser and notify the other of the appraiser's identity within 20 days after the demand is received. The appraisers will select a competent and impartial umpire. If the appraisers are unable to agree upon an umpire within 15 days, the Named Insured or we can ask a judge of a court of record in the state of the Described Location to select an umpire.

      The appraisers will appraise the loss, based on the method of payments specified in the policy for each item. If the appraisers submit a written report of an agreement to us, that amount will be the actual cash value or amount of loss. If they cannot agree, they will submit their differences to the umpire. A written award by any two will determine the amount of loss.

      Each party will pay the appraiser it chooses and his expenses, and equally pay expenses for the umpire and all other expenses of the appraisal.

14.   Our Rights of Recovery (Subrogation). In the event of any claim under this policy, we are entitled to all your rights of recovery against another person. You must sign and deliver to us any legal papers relating to that recovery, do whatever else is necessary to help us exercise those rights and do nothing after loss to prejudice our rights.

      When you have made a claim under this policy and also recover from another person, the amount recovered from the other person shall be held by you in trust for us and reimbursed to us to the extent of any damages paid by us under this policy.

RESIDENTIAL PROPERTY
COVERAGE
MSP-RES

15. Suit Against Us. No action shall be brought unless there has been compliance with the policy provisions and the action is started within one year after the loss.

16. Abandonment of Property. You must take all reasonable steps to protect the property which a prudent interested party would take in the absence of this or other insurance. We need not accept any property abandoned by you.

17. No Benefit to Bailee. We will not recognize any assignment or grant any coverage for the benefit of any person or organization holding, storing or transporting property for a fee regardless of any other provision of this policy.

18. Cancellation.

   a. Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirements of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

   b. This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

   c. We may cancel this policy by mailing notice of cancellation to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 30 days prior to the effective date of cancellation.

   d. We will mail to the Named Insured at the address shown on the Additional Insured Endorsement notice of non renewal not less than 30 days before the end of the policy period, if we decide not to renew or continue this policy.

19. Return of Premium. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata. If the return premium is not refunded with the notice of cancellation or when the policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect. The return of premium is not a condition of the cancellation.

20. Liberalization Clause. If we adopt any revision which would broaden the coverage under this policy without additional premium within 60 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

21. Waiver or change of Policy Provisions. A waiver or change of any provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination shall not waive any of our rights. No course of conduct nor any indulgences, waivers, extensions, forebearances, non-enforcement of policy conditions, or the like, extended at or over any time or from time to time by the Company to the Named Insured or anyone shall waive, nullify, or modify any policy provision as to any other occasion or waive, nullify, or modify any other policy provision.

22. Assignment. Assignment of this policy shall not be valid unless we give our written consent.

In Witness Whereof, we have caused this policy to be executed and attested, and , if required by state law, this policy shall not be valid unless countersigned by our authorized representative.

Secretary

President



## Assurant Group Privacy Policy

Assurant Group (called "we" "us" or "our" herein) sells credit-related products; membership products; and, extended service contracts. Our products are often sold through other companies. These may be banks; finance companies; retailers; and, mortgage companies. By law, we must give our privacy policy to our customers each year.

Your trust is our most valuable asset. We safeguard that trust by keeping your nonpublic personal information (called "data" herein), in a secure environment. We go by the terms stated in this Privacy Policy to use such data.

This is not a solicitation. You do not need to respond. This Privacy Policy explains how we protect your data. If you have asked in the past not to be solicited, that request is still in effect. You do not need to contact us again.

This Privacy Policy gives you examples of the types of data we collect. It also names the kind of companies with whom we share such data. These examples are only to illustrate; they should not be considered all of the data we may collect, use or share. Also, you may have other privacy protections under some state laws. We will comply with any state laws that may apply to data about you. As an example, certain state laws may not allow us to share some types of data about you: they may also require us to provide you with more notices.

Please note that this Privacy Policy will not apply to your relationships with other financial service providers, such as banks, credit card issuers, finance companies and independent insurance agents that are not a part of the Assurant Group companies listed below. Their Privacy policies will govern how they collect, use and disclose personal information that you allow them to access.

Below is our privacy pledge to you:

### Information We May Collect

We may collect data about you from:

*   Data we receive from you (or that is provided to us on your behalf); this may be on applications and other forms such as: your name; address; telephone number; employer; and income.

*   Data about your transactions with our companies or other nonaffiliated parties; this could be your name; address: telephone number; age; credit card use; insurance coverage; transaction history; claims history; and premiums.

*   Data from consumer reporting agencies, public records and data collection agencies; some of this data could be your obligations with others and your credit worthiness.

*   Data from health care providers, such as doctors and hospitals; this is to determine your past or present health condition. Health data will be collected, as we may need, to find out if you are eligible for coverage, process claims, prevent fraud, and, as authorized by you, or as the law may permit or require. Please note we collect health data only to manage a product or service; this could be data for life or disability insurance for which you applied. But, if you by involuntary unemployment insurance or an extended service product from us, we do not collect health data.

### Information We May Disclose and To Whom We May Disclose Information

The data that we may collect as described above may be shared in order to deliver products and services to you; provide customer service; or handle your account.

*   **Disclosures Permitted by Law**
We may share all of the data as described above and as permitted by law. For example, we may use affiliated and nonaffiliated parties to give services for us; this could be providing customer assistance; handling claims; protecting against fraud; and maintaining software for us. We also may share data in response to requests from law enforcement agencies or State Insurance authorities.

*   **Disclosures for Joint Marketing and Servicing**
We may also share all of the data that we collect as described above, except health data. We may share data with companies that provide marketing services on our behalf, or with whom we have joint marketing agreements. This may be financial service providers such as banks; credit card issuers; or non-financial companies, such as direct marketers and mail houses; and others, such as membership organizations. We also may share such data among our companies to do marketing services on our behalf or to offer you our other products and services we think may be of interest to you.

**Information Regarding Former Customers**

We do not share data about former customers or customers who do not have an active account except by the terms of this Privacy Policy.

**Our Security Procedure**

We restrict access to data about you to those employees who we know have a valid business purpose to have access to such data to provide products or services to you. We use security techniques that protect your data. We provide training and communications programs to our employees. These educate them on the meaning and requirements of our strict standards for data security and confidentiality.

**Changes to this Privacy Policy**

We reserve the right to change or add to this Privacy Policy at any time. If we make material changes, we will provide current customers a new notice that describes our new practices.

**Montana Residents**

You may request to see the data about you in our records that is not otherwise restricted from being shared. If you do request it, we may arrange with an insurance support organization or a consumer-reporting agency to copy and share your data with you on our behalf. If you think that the data is not complete or accurate, you may ask us to make any corrections, additions or deletions to the data with which you do not agree. You may also request a more complete description of the entities with which we share the data or the circumstances under which we may share the data. Also, you may ask for the name of any entity to which we have disclosed your medical data during the past three years. Please send any of these requests in writing to Assurant Group Privacy Office, Post Office Box 979047, Miami, Fl 33197-9047.

**New Mexico and Vermont Residents**

As required by state law, we will not share your financial or health data without your permission except as allowed by applicable New Mexico or Vermont law.

The companies of Assurant Group are shown below. We value our relationship with you. Should you have any questions about this Privacy Policy, please write to us at Assurant Group Privacy Office, Post Office Box 979047, Miami, FL 33197-9047 or e-mail us your question at theprivacyoffice@assurant.com.

| | |
|---|---|
| American Bankers General Agency | MS Casualty Insurance Company |
| American Bankers Insurance Company of Florida | MS Dealer Service Corporation |
| American Bankers Life Assurance Company of Florida | MS Life Insurance Company |
| American Bankers Warranty Company | National Insurance Agency |
| American Reliable Insurance Company | PAS Financial Group |
| American Security Insurance Company | Roadgard Motor Club, Inc. |
| American Summit General Agency, Inc. | Safeware, The Insurance Agency, Inc. |
| Bankers American Life Assurance Company | Specialty Lloyds Insurance Company |
| Caribbean American Insurance Agency Company | Standard Guaranty Insurance Company |
| Caribbean American Life Assurance Company | Sureway, Inc. |
| Caribbean American Property Insurance Company | The Computer Insurance Agency, Inc. |
| Commerce National Insurance Company | Union Security Life Insurance Company |
| Consumer Assist Network Association, Inc. | United Service Protection, Inc. |
| Federal Warranty Service Corporation | United Service Protection Corporation |
| Financial Exchange, Inc. | Voyager Indemnity Insurance Company |
| Financial Insurance Exchange | Voyager Life and Health Insurance Company |
| First Fortis Life Insurance Company | Voyager Life Insurance Company |
| Fortis Benefits Insurance Company | Voyager Property and Casualty Insurance Company |
| Insureco, Inc. | Voyager Service Programs, Inc. |
| Insureco Agency and Insurance Services, Inc. | Voyager Service Warranties, Inc. |
| Interfinancial Services Corporation | And all other affiliated companies of the |
| Life Insurance Company of Mississippi | Assurant Group |

## FORMS ATTACHED WITH THIS POLICY PACKAGE:

MSP-RES-FLAEND (1/07)

MSP-RES-FL-SH(0 1/07)

MSP-RC-WHH-END(0906)

MS0899

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# WINDSTORM, HAIL, HURRICANE ENDORSEMENT-
# FLORIDA

When loss occurs under the peril of Windstorm or Hail, the deductible will be the greater of
$ 2,000  or  2   % of the Amount of Insurance, per Insured location.


When loss occurs under the peril of Hurricane, the deductible will be the greater of
$ 2,000  or  2   % of the Amount of Insurance, per insured location.

"Hurricane Occurrence":

a.  Begins at the time a hurricane watch or warning is issued for any part of Florida by the National
    Hurricane Center of the National Weather Service;
b.  Continues for the time period during which the hurricane conditions exist anywhere in Florida;
    and
c.  Ends 72 hours following the termination of the last hurricane watch or hurricane warning issued for
    any part of Florida by the National Hurricane Center of the National Weather Service.

All other terms and conditions of this policy remain unchanged.

Includes copyrighted material of
Insurance Services Office with its permission

Mortgage Service Program
Residential Property Coverage

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# SINKHOLE LOSS COVERAGE - FLORIDA

### A. Definitions

The following definitions are added:

1. "Sinkhole activity" means settlement or systematic weakening of the earth supporting such property. The settlement or systematic weakening must result from movement or raveling of soils, sediments, or rock material into subterranean voids created by the effect of water on limestone or similar rock formations.

2. "Sinkhole loss" means actual physical damage:

   a. Arising out of, or
   b. Caused by:
   "Sinkhole activity".

### B. Coverage

We insure for direct physical loss to covered property caused by a "sinkhole loss", including the costs incurred to:
1. Stabilize the land and building; and
2. Repair the foundation:
in accordance with the recommendations of the engineer who verifies the presence of a "sinkhole loss" in compliance with Florida sinkhole testing standards and in consultation with you.

### C. Exception To The Earth Movement Exclusion

The Earth Movement Exclusion does not apply to a "sinkhole loss".

### D. Loss Settlement

With respect to a loss to buildings caused by a "sinkhole loss", Paragraph 6 A. of the Loss Settlement Condition is replaced by the following:

6. Loss Settlement. Covered property losses are settled as follows:.

   A. We will pay no more than the actual cash value of the damaged property, not including underpinning or grouting or any other repair technique performed below the existing foundation of the building, until you enter into a contract for the performance of building stabilization or foundation repairs. Once you enter into such contract, we will settle the loss as described in this Condition and pay the amount necessary to begin and perform such repairs as work progresses and as expenses are incurred.

   However, if the cost to repair or replace the damage is both:

   (1) Less than 5% of the amount of insurance in this policy on the building; and
   (2) Less than $2,500;

   we will settle the loss as noted in this Condition whether or not you have entered into a contract to perform the building stabilization or foundation repairs.

   If the repairs have begun and the engineer selected or approved by us determines that the recommended repairs cannot be completed within the policy limits, we may at our option, either:

   (1) Complete the recommended repairs; or
   (2) Pay the policy limits without a reduction for the repair expenses incurred.

All other provisions of this policy apply.

Mortgage Service Program
Residential Property Coverage
Florida Amendatory Endorsement

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

It is hereby understood and agreed that form MSP-RES is amended as follows:

### CONDITIONS

6.   **Loss Settlement.** The following item (d) is added under paragraph a.(1) :

(d) If the loss or damage occurs to pool enclosures, cabanas, screened porches or other shelter-type structures attached to the Dwelling, we will pay no more than ten percent (10%) of the limit of liability of this policy applying to the Dwelling. This condition does not increase the limit of liability applying to the Dwelling Property.

15.   **Suit Against Us** is deleted and replaced by the following:
15.   **Suit Against Us**
No action shall be brought unless there has been compliance with the policy provisions and the action is started within five years after the loss.

18.   **Cancellation** is deleted and replaced by the following:
18.   **Cancellation.**

a.   Coverage under this policy shall automatically and without prior notice, cancel when the Named Insured no longer has an interest in the Described Property or when the Named Insured has been provided with another policy that meets the requirement of the Named Insured as set forth in the mortgage agreement applicable to the Described Property.

b.   This policy may also be cancelled by the Named Insured by returning it to us or notifying us in writing of the date cancellation is to take effect.

c.   We may cancel this policy by mailing notice of cancellation or nonrenewal to the Named Insured at the address shown on the Additional Insured Endorsement or by delivering the notice not less than 90 days prior to the effective date of cancellation. This notice will contain the reason for cancellation or nonrenewal. If cancellation is for nonpayment of premium, at least 10 days written notice of cancellation shall be given. When cancellation occurs during the first 90 days of coverage, at least 20 days notice shall be given except for nonpayment of premium or material misrepresentation. After the policy has been in effect for 90 days, the policy shall not be cancelled except for nonpayment of premium, material misrepresentation, failure to comply with underwriting requirements or substantial change of risk.

If we fail to provide the 90 days notice (or 20 days for new policies), the coverage provided to the Named Insured shall remain in effect until their replacement coverage is effective, or until 90 (or 20) days after notice is given, whichever comes first.

All other terms and conditions shall remain the same.

# American Security Insurance Company
### 260 Interstate North Circle NW
### Atlanta, GA 30339-2210

### IMPORTANT NOTICE REGARDING FLORIDA ASSESSMENT

The $   0.00      SURCHARGE IN YOUR PREMIUM FOR THE ASSESSMENT BY CITIZENS PROPERTY INSURANCE CORPORATION HAS BEEN REDUCED BY $            DUE TO AN APPROPRIATION BY THE FLORIDA LEGISLATURE.

N9702-0907

M91417